Richard D. PARKER, Appellant,

v.

The STATE of Texas; The City of Houston; and Transit Authority of Houston, Appellees.

No. 03–00–00281–CV.

Court of Appeals of Texas, Austin.

Jan. 11, 2001.

Before Justices KIDD, YEAKEL and JONES.*

J. WOODFIN JONES, Justice (Assigned).

Appellant Richard D. Parker and appellees The State of Texas, The City of Houston, and Transit Authority of Houston have filed a joint motion to dismiss the appeal. We grant the motion and dismiss the appeal. Tex.R.App.P. 42.1(a)(2). We also dismiss appellees' motion for rehearing.

The judgment of this Court, dated December 7, 2000, is withdrawn; the opinion of this Court, dated December 7, 2000, is not withdrawn.

---

* Before J. Woodfin Jones, Justice (former), Third Court of Appeals, sitting by assignment.